| | |
|---|---|
| MARIA ST. CLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 3:24-cv-798 |
| v. | ) |
| | ) |
| NEW FORUM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant New Forum, Inc. ("New Forum") hereby removes the Case No. 24CV024168-590 from the Superior Court for Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §§ 1331, 1441(a), 1367(a) and 1446, and as grounds for its removal states as follows:

## Statement of the Case

1.      On May 28, 2024, Maria St. Clair filed a Complaint in the Superior Court for Mecklenburg County, North Carolina styled *Maria St. Clair v. New Forum, Inc.*, Case No. 24CV024168-590 (the "State Court Action").  The Complaint alleges violations of federal law including 42 U.S.C. § 2000e *et seq.* ("Title VII").  A copy of the Complaint is attached as **Exhibit A** hereto.

2.      Defendant New Forum was served with the Summons and Complaint on August 1, 2024.

3.      In this action, Plaintiff alleges claims for sex and race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, claiming she was subjected to discrimination on the basis of her race, retaliated against, and subjected to a hostile work

1

environment on the basis of her race. She also alleges claims under the common law and public policy of North Carolina as set forth in N.C. Gen. Stat. §§ 143-422.2 and 95-241. Additionally, Plaintiff alleges a claim of intentional infliction of emotional distress as well as wrongful termination in violation of the North Carolina Equal Employment Practices Act (N.C. Gen. Stat. § 143-422.1).

## Federal Question Jurisdiction

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1331, because the allegations of Plaintiff's Complaint arise under federal law.

5. Plaintiff's Complaint alleges claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e(k). *See* **Exhibit A** at ¶¶ 49-60. As a result, Plaintiff's Complaint arises under federal law, and is therefore removable as falling within this Court's subject-matter jurisdiction. *See* 28 U.S.C. §§ 1331 and 1441.

6. This Court has supplemental jurisdiction over any state law claims contained in the Complaint pursuant to 28 U.S.C. § 1367, as they form part of the same case or controversy and arise in whole or in part from a common nucleus of operative facts as the federal claim.

## All Procedural Requirements for Removal Have Been Satisfied

7. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon New Forum are being filed with this Notice of Removal. (**Exhibit A**)

8. This Notice of Removal has been filed within 30 days of the date that New Forum was served with the Summons or the Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

2

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Western District of North Carolina is the federal judicial district embracing the Superior Court for Mecklenburg County, North Carolina, where the state court action was originally filed.

10. Defendant New Forum will file and serve notice of this removal as required by 28 U.S.C. § 1446(d).

<u>**Conclusion**</u>

By this Notice of Removal, New Forum does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. New Forum intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Respectfully submitted this 30th day of August, 2024.

<u>s/ Kevin V. Parsons</u>
NC State Bar No. 19226
Margaret Taviano
NS State Bar No. 61506
Lewis Brisbois Bisgaard & Smith
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28202
Telephone: 704-557-9929
Kevin.Parsons@lewisbrisbois.com
Margaret.Taviano@lewisbrisbois.com

**Attorney for New Forum**

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing "Notice of Removal" in the above-captioned proceeding has been electronically filed with the Clerk of Court using the CM/ECF system and that a copy of the foregoing has been served this day by first-class mail, postage prepaid upon the following:

Christine A. Rodriguez
The Law Office of Christine A. Rodriguez
15720 Brixham Hill Avenue, Suite 310
Charlotte, North Carolina 28277

*Attorney for Plaintiff*

This the 30th day of August, 2024.

s/ Kevin V. Parsons

4